IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>DONNA J. ACKERMAN<br><br><br><br><br>　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. CV  06-1274 |

## NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on __October 31__, 2006, and is now pending.

(i)　　The names of all plaintiffs and the case number are identified above.

(ii)　　The court in which said action was brought is identified above.

(iii)　　The name(s) of the title holder(s) of record are: DONNA J. ACKERMAN

(iv)　　The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

　　　Lot 50 of Reavley Addition to the City of Wyanet, Bureau County, Illinois.

　　　PIN No. 15-21-303-004

(v)　　common address or description of the location of the real estate is as follows:
　　　611 Greencastle Drive, Princeton, Illinois 61356

(vi)    An identification of the mortgage sought to be foreclosed is as follows:

        Name of mortgagor(s):    DONNA J. ACKERMAN

        Name of mortgagee:    United States of America, United States Department of Agriculture

        Date(s) of mortgage(s):    December 24, 1990

        Date(s) of recording:    December 24, 1990

        County where recorded:    Bureau County, Illinois

        Recording document identification: Recorded in Book Book 739, Page 485 as Doc No. 90-4886

UNITED STATES OF AMERICA, Plaintiff

RODGER A. HEATON
United States Attorney

PREPARED BY:    By:    s/: BRADLEY W. MURPHY
        Bradley Murphy
        Assistant United States Attorney
        One Technology Plaza
        211 Fulton Street
        Peoria, Illinois 61602
        Telephone No. 309-671-7050
        Fax: 309-671-7259
        Email: brad.murphy@usdoj.gov

This instrument was prepared by Bradley Murphy, Assistant U. S. Attorney, One Technology Plaza, 211 Fulton Street, Peoria, Illinois 61602.