IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-1274 |
| | ) |
| DONNA J. ACKERMAN and | ) |
| UNIONBANK/CENTRAL | ) |
| | ) |
| Defendant(s). | ) |

## MOTION TO SHORTEN REDEMPTION PERIOD

The United States moves to reduce the redemption period to 30 days in this case because the property has been abandoned, as indicated in the attached Affidavit of Abandonment.

    Respectfully submitted,
    RODGER A. HEATON
    United States Attorney


    s/Bradley W. Murphy
    Bradley W. Murphy, IL Bar No. 1992775
    Attorney for Plaintiff
    United States Attorney's Office
    211 Fulton Street
    Suite 400
    Peoria, IL 61602
    Telephone: (309) 671-7050
    Fax: (309) 671-7259

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing to:

>Donna J. Ackerman
>514 S. Chestnut
>Princeton, IL 61356
>
>UnionBank/Central
>601 South Main Street
>Princeton, IL 61356

>s/ Margo Scamp

Date: March 7, 2007

E-FILED
Wednesday, 07 March, 2007  01:18:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-1274 |
| DONNA J. ACKERMAN AND UNIONBANK/CENTRAL | ) |
| Defendant(s). | ) |

### AFFIDAVIT OF ABANDONMENT

Craig A. Schisler, being first duly sworn on oath deposes and states that:

1. Deponent is employed by Rural Development, formerly known as Farmers Home Administration, which is the agency involved in this case; has personal knowledge of the matters herein; and is authorized to make this Affidavit.

2. Deponent states that he has inspected the property at 611 Greencastle Drive, Wyanet, Illinois 61379 and found it to be abandoned. The property is described as follows:

   Lot 50 of Reavley Addition to the City of Wyanet, Bureau County, Illinois

   PIN No. 15-21-303-004

3. Deponent further states that the property will fall into disrepair and be subject to waste and vandalism unless it is secured and preserved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/26/07

_____
Craig A. Schisler, Rural Development Specialist