IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1274 |
| ) | |
| DONNA J. ACKERMAN and ) | |
| UNIONBANK/CENTRAL ) | |
| ) | |
| Defendants. ) | |

NOTICE OF FILING
MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

To:   Donna J. Ackerman           UnionBank/Central
      514 S. Chestnut             601 South Main Street
      Princeton, IL 61356         Princeton, IL 61356

You are hereby notified that the Plaintiff, United States of America, filed a *Motion To Enter Default Judgment of Foreclosure* against you on April 13, 2007. Please be advised that the Court may rule on this Motion without further notice or a hearing, after the Motion has been on file for 14 days.

                              Respectfully submitted,
                              RODGER A. HEATON
                              United States Attorney


                              s/Bradley W. Murphy
                              Bradley W. Murphy, IL Bar No. 1992775
                              Attorney for Plaintiff
                              United States Attorney's Office
                              211 Fulton Street
                              Suite 400
                              Peoria, IL 61602
                              Telephone: (309) 671-7050
                              Fax: (309) 671-7259

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

                      Donna J. Ackerman        UnionBank/Central
                      514 S. Chestnut            601 South Main Street
                      Princeton, IL 61356       Princeton, IL 61356


                                        s/ Margo Scamp

Date: April 13, 2007