E-FILED
Friday, 13 April, 2007  08:50:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1274 |
| ) | |
| DONNA J. ACKERMAN and ) | |
| UNIONBANK/CENTRAL ) | |
| ) | |
| Defendants. ) | |

**MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE**

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Rule 55 of the Federal Rules of Civil Procedure, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on January 25, 2007.  In support of this Motion, the United States of America states as follows:

1. That this Court has jurisdiction of the parties to and the subject matter of this suit. That defendant, Donna J. Ackerman, returned the Waiver of Service of Summons on March 7, 2007, pursuant to Federal Rule of Civil Procedure 4, and has acknowledged receipt of the complaint as shown by the file in this case; she has not answered or otherwise pleaded to the complaint; and that she is now in default.  That defendant, UnionBank Central, returned the Waiver of Service of Summons on February 28, 2007, pursuant to Federal Rule of Civil Procedure 4, and has acknowledged receipt of the complaint as shown by the file in this case; they have not answered or otherwise pleaded to the complaint, and that they are now in default.

2. That Defendant Donna J. Ackerman is not in the military service.  See Affidavit of Military Service attached hereto as Exhibit A

3. The material factual allegations stated in said Complaint filed herein were not denied

in any responsive pleading.

    4.  The Sworn Affidavit of Costs and the Affidavit of Marianne Nixa, Acting State Director, Rural Development, formerly Farmers Home Administration, are attached hereto as Exhibit B and incorporated herein.

    **WHEREFORE**, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendants.

    Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/Bradley W. Murphy
Bradley W. Murphy, IL Bar No. 1992775
Attorney for Plaintiff
United States Attorney's Office
211 Fulton Street
Suite 400
Peoria, IL 61602
Telephone: (309) 671-7050
Fax: (309) 671-7259

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 06-1274 |
| DONNA J. ACKERMAN and UNIONBANK/CENTRAL | ) |
| Defendants. | ) |

### AFFIDAVIT OF MILITARY SERVICE

STATE OF ILLINOIS     )
                      )
COUNTY OF PEORIA      )

BRADLEY W. MURPHY says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendant, Donna J. Ackerman is not an infant or incompetent person and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendant at her last known address. To date, no response has been received from said defendant. To further determine the military status of the defendant-mortgagor, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc.osd.mil/udpdri/owa/sscra.page by entering the mortgagor's social security number. The national database confirmed that the mortgagor is not in the military service of



the United States.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 12th day of April, 2007.

s/ Bradley W. Murphy

Subscribed and sworn to before me this 12th day of April, 2007.

(SEAL AFFIXED)        s/ Debra L. Hansen
                     NOTARY PUBLIC

 

U.S. Department of Justice

United States Attorney
Central District of Illinois

December 8, 2006

One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602

(309) 671-7050
FAX (309) 671-7259

Ms. Donna J. Ackerman
611 Greencastle Drive
Princeton, Illinois 61356

RE:  United States of America v. Donna J. Ackerman
     Case #:  06-1271

Dear Ms. Heaton-Hale:

As you are aware, we are in the process of foreclosing on the property located at **611 Greencastle Drive, Princeton, Illinois 61356**.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

DONALD C. LATTIG
Legal Assistant

BWM:dl

COPY

Request for Military Status                                                                 Page 1 of 2

Department of Defense Manpower Data Center                              MAR-07-2007 11:31:50



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| ACKERMAN | Donna J. | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.



Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. #167;#167; 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

    See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| DONNA J. ACKERMAN AND ) | |
| UNIONBANK/CENTRAL ) | |
| ) | CIVIL NO. 06-1274 |
| ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1.  The undersigned states that she is the Acting State Director for Rural Development, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2.  The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3.  Defendant-mortgagor is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $6946.15 as of April 4, 2007.

4.  As of April 4, 2007, said defendant is indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:



GOVERNMENT EXHIBIT B

| | | |
|---|---|---|
| Unpaid Balance of Principal | | $31,096.75 |
| Unpaid Balance of Interest | | $ 4,546.94 |
| Subsidy Assistance Due | | $29,136.56 |
| Fees Assessed | | $ 3,547.86 |
| Interest on Fees | | $ 42.71 |
| Court Costs Paid to Date | | $ 380.00 |
| | Total | $68,750.82 |
| Daily Accrual | | $ 8.5424 |

5.  To the best of the knowledge, information and belief of the undersigned; defendant herein are not now in active duty with the military forces of the United States or Allied Nations.

### CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
MARIANNE NIXA
Acting State Director

### ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 4th day of April 2007.

My Commission Expires: April 4, 2011

_____
Donna M. Wiltshire, Notary

OFFICIAL SEAL
DONNA M. WILTSHIRE
Notary Public - State of Illinois
My Commission Expires Apr 04, 2011