## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 06-1274 |
| DONNA J. ACKERMAN and UNIONBANK/CENTRAL | ) ) ) ) |
| Defendants. | ) |

## **AFFIDAVIT**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF PEORIA | ) |

    BRADLEY W. MURPHY, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

                        s/ Bradley W. Murphy
                        BRADLEY W. MURPHY

Subscribed and sworn to before me this 12th day of April, 2007.

(SEAL AFFIXED)                s/ Debra L. Hansen
                                     NOTARY PUBLIC