E-FILED
Thursday, 03 May, 2007 01:51:34 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**USA**

vs.

Case Number: **06-1274**

**Donna J Ackerman,**
**Unionbank/Central**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Default Judgment of Foreclosure is entered in favor of Plaintiff and against Defendants plus cost of suit.

ENTER this 3rd day of 2007.

JOHN M. WATERS, CLERK

s/ S. Marvel
BY: DEPUTY CLERK

06-1274 judgment.wpd