# BUREAU COUNTY REPUBLICAN

800 ACE ROAD
PRINCETON, IL 61356

## Publisher's Certificate of Publication

I, Sam Fisher, do hereby certify that I am the publisher of the Bureau County Republican a tri-weekly secular newspaper of general circulation published in the City of Princeton, in the county of Bureau and State of Illinois, and which, has been so published for more than 12 months prior to the first publication of hereunto annexed notice or advertisement, relating to the matter of
    ZZL US DEPT OF JUSTICE
    06-1274, ACKERMAN
was published in said newspaper   4   time(s),
        commencing 5th  June      2007
        and ending 26th June      2007
which were the dates of first and last insertions. I further certify that said newspaper is a newspaper as defined by the terms and conditions of Chapter 100, paragraph 1 et. seq. Illinois Revised Statutes 1981.

Given under my hand at Princeton, Illinois



Sam R Fisher, Publisher         Date June 7, 2007

---

E-FILED
Wednesday, ... AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
DONNA J. ACKERMAN and )
UNIONBANK/CENTRAL )
Defendants. )

CIVIL NO. 06-1274
**AMENDED NOTICE OF MARSHAL'S SALE**

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:
    Jeffrey DeSplinter
    Rural Development Manager
    USDA Service Center
    312 E. Backbone Road, Suite B
    Princeton, IL 61356
    Telephone No: 815-875-8732, Ext. 4
2. The common address and other common description, if any, of the real estate is:
    611 Greencastle Drive, Wyanet, IL 61379
3. The legal description of the real estate is:
    Lot 50 of Reavley Addition to the City of Wyanet, Bureau County, Illinois
    PIN NO. 15-21-303-004
4. The real estate may be inspected prior to sale at the following times:
    Available for inspection during business hours upon reasonable advance notice to the county office listed above.
5. The time and place of the sale are:
    July 10, 2007, at 10:30 a.m., at the front door of the Bureau County Courthouse, Princeton, Illinois.
6. The terms of the sale are:
    10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.
7. Title will be conveyed subject to all general real estate taxes for the years 2005 and 2006, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.
8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid thereof. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 29th day of May, 2007.
            /s/STEVEN D. DEATHERAGE
            STEVEN D. DEATHERAGE
            UNITED STATES MARSHAL
            CENTRAL DISTRICT OF ILLINOIS
Published in the Bureau County Republican June 5, 12, 19 and 26, 2007.