U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>06-1274 |
| DEFENDANT<br>Donna J. Ackerman | TYPE OF PROCESS<br>Marshal Sale |

FILED
JUL 11 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SERVE ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SALE DATE: July 10, 2007, 10:30 a.m.

AT   ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SALE LOCATION: Bureau County Courthouse, Princeton, IL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bradley W. Murphy, AUSA
211 Fulton Street, Suite 400
Peoria, IL 61602

ms

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Bradley W. Murphy
TELEPHONE NUMBER: 309.671-7050
DATE: 5-7-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 
District of Origin No. 26
District to Serve No. P
Signature of Authorized USMS Deputy or Clerk
Date: 5-8-7

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
William Nickel

Address (complete only if different than shown above):
825 Marquette St.
Princeton, IL

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7-10-07
Time: 10:30 am

Signature of U.S. Marshal or Deputy:
Greg Sims

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 80.- | 87.30 | | 267.30 | | | |

REMARKS:
1 - SUSM  4 hours

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT        FORM USM-285 (Rev. 12/15/80)