E-FILED
Monday, 23 July, 2007  11:41:39 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-1274 |
| | ) |
| DONNA J. ACKERMAN and | ) |
| UNION BANK/CENTRAL, | ) |
| | ) |
| Defendants. | ) |

UNITED STATES MARSHAL'S REPORT OF SALE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, respectfully report that none of the Defendants in this cause having paid the amount due as required by the Decree and Order Directing Foreclosure and Sale entered herein on May 3, 2007, within the time limited by such Decree, I duly advertised for sale at public vendue to the highest and best bidder at the front door of the Courthouse of Bureau County, in the City of Princeton, Illinois, on the 10th day of July, 2007, at the hour of 10:30 A.M., by causing a Notice thereof, containing the title of said cause, the names of the parties hereto, the name of the Court in which said cause was pending, a description of the premises sought to be sold, and a statement of the time, place and terms of sale to be published once each week for four (4) consecutive weeks in the Bureau County Republican, a secular newspaper of general circulation printed and published in the City of Princeton, Illinois, which newspaper has been regularly published in said City for more than six (6) months continuously and immediately prior to the first publication of said Notice, the first publication of said Notice was on June 5, 2007, and the last publication on June 26, 2007, all of which appears from a Certificate of Publication on file in this cause.

1. At the time and place designated for the sale ordered herein, the undersigned offered

said premises for sale to the highest bidder and William J. Nickel and Dorothy D. Nickel, bid the sum of $39,000.00, and that being the highest bid offered, I sold said real estate to said highest bidder.

2. Said purchaser paid to plaintiff the amount of said bid in full satisfaction of said Judgment of Foreclosure.

3. The undersigned has executed and delivered to the purchaser at said sale a Certificate of Sale and has caused to be filed in the Office of the Recorder of Deeds of said county, the original or a duplicate original of said certificate.

4. The total amount of indebtedness secured by the mortgage foreclosed herein and the Judgment of Foreclosure entered herein and the deficiency, if any, are computed as follows:

Amount found due in judgment as of April 4, 2007:

| | |
|---|---|
| Unpaid principal balance | $31,096.75 |
| Accrued interest at $8.5424 per day and unpaid as of 4/4/07 | $4,546.94 |
| Accrued interest from 4/5/07 to 5/3/07, the date of entry of judgment (29 days @ $8.5424 per day) | $248.00 |
| Accrued federal interest from 5/4/07 to 7/10/07, the date of sale (67 days @ $4.1746) | $279.70 |
| Subsidy Recapture | $29,136.56 |
| Fees Assessed | $3,547.86 |
| Interest on Fees | $42.71 |
| Total | $68,898.52 |

Costs of Sale:

    Marshal's commission (3% of 1st $1,000 &
      1½% of remaining bid balance) .................................. $600.00

    Notice of Sale Advertising ....................................... 350.00

    Marshal's fee for conducting sale ................................ $267.30

    Docket Fee ...................................................... $350.00

    Recording Notice of Foreclosure .................................. $30.00

    Release Notice of Foreclosure .................................... $30.00

                    Total amount of indebtedness .............. $70,525.82

Amount of bid at sale ........................................................ $39,000.00

Amount of deficiency ........................................................ $31,525.82


5. It is also reported:

  i)    A notice required in accordance with Chapter 735 ILCS, Section 5/15-1507(c) was given;

  ii)   The terms of sale were fair and not unconscionable;

  iii)  The sale was conducted fairly and without fraud;

  iv)  Justice was done by the sale.


Respectfully submitted this 18th day of July, 2007.


                                              s/STEVEN D. DEATHERAGE
                                              UNITED STATES MARSHAL
                                              CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing **MARSHAL'S REPORT OF SALE** has been placed in the United States mail, addressed to:

William J. Nickel
825 W. Marquette Street
Princeton, IL 61356

Dorothy D. Nickel
825 W. Marquette Street
Princeton, IL 61356

Donna J. Ackerman
514 S.Chestnut
Princeton, IL 61356

Union Bank/Central
601 South Main Street
Princeton, IL 61356

                                                  s/ Margo Scamp

Date: July 23, 2007