UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DONNA J. ACKERMAN and UNION BANK/CENTRAL, | ) ) ) |
| Defendants. | ) Case No.06-1274 |

UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on May 3, 2007, I, the undersigned, on the 10th day of July, 2007, at 10:30 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Bureau County, Princeton, Illinois, the lands and premises described in said Decree and that William J. Nickel and Dorothy D. Nickel having bid therefore the sum of $39,000.00 and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Bureau, Illinois, and described as follows, to-wit:

> Lot 50 of Reavley Addition to the City of Wyanet, Bureau County, Illinois
>
> Pin# 15-21-303-004

together with all buildings and improvements thereon and the tenements, appurtenances and

hereditaments thereunto belonging, subject to the general taxes for the years 2006 and 2007, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

WITNESS my hand this 18th day of July, 2007.

s/STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS: |
| COUNTY OF PEORIA | ) |

## ACKNOWLEDGMENT

On this 18th day of July, 2007, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

                                        JOHN M. WATERS
                                      Clerk of the U.S. District Court


                                        s/Deputy Clerk

This instrument was prepared by Bradley W. Murphy, Assistant United States Attorney, 211 Fulton, Suite 400, Peoria, IL 61602

Send tax statement to and return this recorded document to: William J. Nickel and Dorothy D. Nickel, 825 W. Marquette Street, Princeton, IL 61356