E-FILED
Wednesday, 19 September, 2007  08:24:00 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 06-1274 |
| ) | |
| DONNA J. ACKERMAN and ) | |
| UNION BANK/CENTRAL, ) | |
| ) | |
| Defendants ) | |

### RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on October 31, 2006, and recorded in the Recorder's Office in Bureau County, Illinois, on November 9, 2006, as Document No. 2006R06582, in Book 1267, page 649, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on October 31, 2006, and is now pending.

(i)  The name of the plaintiff and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is:  Donna J. Ackerman

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot 50 of Reavley Addition to the City of Wyanet, Bureau County, Illinois.

(v)  A common address or description of the location of the real estate is as follows:

> 611 Greencastle Drive, Princeton, IL 61356

      (vi)  An identification of the mortgage sought to be foreclosed is as follows:

          Name(s) of mortgagor(s):      Donna J. Ackerman

          Name of mortgagee:      United States of America,
                                         United States Department of Agriculture

          Date of mortgage:      December 24, 1990

          Date of recording:      December 24, 1990

          County where recorded:      Bureau County, Illinois

          Recording document identification: Recorded in Book 739, Page 485
                                            as Doc No 90-4886

                                  Respectfully submitted,
                                  RODGER A. HEATON
                                  United States Attorney


                                  s/Bradley W. Murphy
                                  Bradley W. Murphy, IL Bar No. 1992775
                                  Attorney for Plaintiff
                                  United States Attorney's Office
                                  211 Fulton Street
                                  Suite 400
                                  Peoria, IL 61602
                                  Telephone: (309) 671-7050
                                  Fax: (309) 671-7259


This instrument was prepared by Bradley W. Murphy, Assistant United States Attorney, 211 Fulton Street, Suite 400, Peoria, IL 61602

Please return recorded release to Bradley W. Murphy, Assistant United States Attorney, 211 Fulton Street, Suite 400, Peoria, IL 61602