**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

E-FILED
Tuesday, 16 October, 2007 02:40:02 PM
Clerk, U.S. District Court, ILCD

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

FILED
OCT 1 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PLAINTIFF | UNITED STATES OF AMERICA | COURT CASE NUMBER: 06-1274 |
| DEFENDANT | ACKERMAN | TYPE OF PROCESS: DISBURSEMENT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. ATTORNEY'S OFFICE
318 SOUTH 6TH STREET
SPRINGFIELD, ILLINOIS 62701

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                         Fold

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 26 | Signature of Authorized USMS Deputy or Clerk: /s/ Sanders | Date 10/15/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):    Date    Time  ☐ am ☐ pm

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

**REMARKS:**
PLEASE TRANSFER AND DISBURSE FUNDS PER DECREE CONFIRMING SALE DATED 10/15, 2007
Please see copy of voucher # 93 attached.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT | PRIOR EDITIONS MAY BE USED |
| | 2. USMS RECORD | |
| | 3. NOTICE OF SERVICE | |
| | 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. | Form USM-285 Rev. 12/15/80 |
| | 5. ACKNOWLEDGMENT OF RECEIPT | Automated 01/00 |